UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATHAN PRESTON,<br><br>    Plaintiff,<br><br>    v.<br><br>ALMA POSADA,<br><br>    Defendant. | No.  2:22-cv-02199-CKD P<br><br><br><br>ORDER |

Plaintiff filed a motion for extension of time to comply with the court's May 24, 2023, order. Good cause appearing, IT IS HEREBY ORDERED that:

1. Plaintiff's motion for an extension of time (ECF No. 9) is granted; and

2. Plaintiff is granted sixty days from the date of this order in which to show cause in writing why this case should not be dismissed as barred by res judicata.

Dated:  June 16, 2023

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

12/pres2199.36

1