UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATHAN PRESTON,<br><br>    Plaintiff,<br><br>    v.<br><br>ALMA POSADA,<br><br>    Defendant. | No. 2:22-cv-02199-TLN-CKD<br><br>**ORDER** |

    Plaintiff, a state prisoner proceeding pro se, filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

    On July 13, 2023, the magistrate judge filed findings and recommendations herein which were served on Plaintiff, and which contained notice to Plaintiff that any objections to the findings and recommendations were to be filed within fourteen days. Plaintiff filed objections to the findings and recommendations.

    In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this Court has conducted a *de novo* review of this case. Having carefully reviewed the entire file, the Court finds the findings and recommendations to be supported by the record and by proper analysis.

/////

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed July 13, 2023 (ECF No. 15) are ADOPTED IN FULL;
2. Plaintiff's complaint is DISMISSED with prejudice as barred by res judicata;
3. Plaintiff's motion to amend (ECF No. 11) is DENIED as moot; and
4. The Clerk of Court is directed to close this case.

Date: August 4, 2023

_____
Troy L. Nunley
United States District Judge